## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

L. DWAYNE HOBBS,                   )
                                   )
            Plaintiff,             )
                                   )        CIVIL ACTION NO.:
      vs.                          )        1:20-cv-04009-AT-RDC
                                   )
CITY OF FOREST PARK, GA,           )
                                   )
            Defendant.             )

## JOINT STATUS REPORT

Pursuant to this Court's February 1, 2021 Order [ECF No. 17], the Parties respectfully provide this Court with their Joint Status Report as follows:

1.      Plaintiff filed his Complaint on September 29, 2020 [Doc. 1], and Defendant filed its Answer on November 10, 2020. [Doc. 6.] Accordingly, discovery in this matter was originally set to begin on December 11, 2020.

2.      Prior to the discovery period and after engaging in good faith discussions regarding settlement, the Parties agreed to mediate this case. Accordingly, the Parties submitted to this Court a Joint Motion to Stay Discovery Pending Mediation on December 10, 2020. [Doc. 13.] This Court granted said motion on December 11, 2020 and stayed all case proceedings through February 28, 2021. [Doc. 14.]

3.     Due to difficulties with scheduling, the Parties were unable to schedule the mediation prior to the end of February.  Rather, the Parties agreed on a mediation with Honorable Susan Forsling with Miles Mediation on March 30. The Parties filed another Motion to Stay Discovery through April 30, which was granted by the Court.  In the Court's Order granting the second Motion to Stay Discovery, this Court instructed the Parties to file a "status report regarding the parties' progress in this matter" before discovery commences on May 1, 2021. (Order at 2, Feb. 1, 2021, ECF No. 17.)

4.     The Parties have recently resolved the matter and are working to finalize all necessary paperwork.  The Parties hope to file the Joint Stipulation of Dismissal with Prejudice in the case within the next month or so.

Respectfully submitted, this 3rd day of May, 2021.

**LORUSSO LAW FIRM, P.C.**

*s/ Lance J. LoRusso*
Lance J. LoRusso
Ga. Bar No. 458023
lance@lorussolawfirm.com
1827 Powers Ferry Road, SE
Building 8, Suite 200
Atlanta, GA 30339
Telephone: (770) 644-2378
Fax: (770) 644-2379

**ELARBEE, THOMPSON, SAPP & WILSON, LLP**

*s/ K. Tate Gray*
Sharon P. Morgan
Ga. Bar No. 522955
morgan@elarbeethompson.com
Laura A. Denton
Ga. Bar No. 158667
denton@elarbeethompson.com
K. Tate Gray
Ga. Bar No. 919123
gray@elarbeethompson.com
229 Peachtree Street, N.E.

**LEGARE, ATTWOOD & WOLFE, LLC**

*s/ Cheryl B. Legare*
Ga. Bar No. 038553
cblegare@law-llc.com
Suite 380
125 Clairemont Avenue
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

**COUNSEL FOR PLAINTIFF**

800 International Tower
Atlanta, GA 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718

**COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that this memorandum complies with the font and point selections approved by the Court in Local Rule 5.1C.  This brief has been prepared in Times New Roman, 14 point.

<u>*s/ K. Tate Gray*</u>
K. Tate Gray
Georgia Bar No. 919123

ELARBEE, THOMPSON, SAPP &
WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (facsimile)
gray@elarbeethompson.com

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| L. DWAYNE HOBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF FOREST PARK, GA, | ) |
| | ) |
| Defendant. | ) |

CIVIL ACTION NO.:
1:20-cv-04009-AT-RDC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2021, I electronically filed the foregoing

**JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system,

which will automatically send email notification of such filing to the following

attorneys of record:

Lance J. LoRusso
Cheryl B. Legare

*s/ K. Tate Gray*
K. Tate Gray
Georgia Bar No. 919123

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700

(404) 222-9718 (Facsimile)
gray@elarbeethompson.com

*Attorney for Defendant*