IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. DWAYNE HOBBS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:20-cv-4009-AT-RDC |
| CITY OF FOREST PARK, GA, | : |
| Defendant. | : |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Parties have advised the Court that the above-styled action has been settled and that formal documentation of settlement is expected to be concluded within the next month or so [Doc. 19]. It therefore is not necessary for the action to remain on the Court's calendar or active docket.

Accordingly, **IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next **FORTY-FIVE (45) DAYS**, to reopen this action or vacate this order of dismissal. It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

2

**IT IS SO ORDERED** this 4th day of May 2021.

_____
**Honorable Amy Totenberg**
**United States District Judge**