IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. DWAYNE HOBBS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF FOREST PARK, GA, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.:<br>1:20-CV-04009-AT-RDC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 26th day of May, 2021.

| | |
|---|---|
| **LORUSSO LAW FIRM, P.C.** | **ELARBEE, THOMPSON, SAPP & WILSON, LLP** |
| | |
| *s/ Lance J. LoRusso* | *s/ Laura A. Denton* |
| Lance J. LoRusso | Sharon P. Morgan |
| Ga. Bar No. 458023 | Ga. Bar No. 522955 |
| lance@lorussolawfirm.com | morgan@elarbeethompson.com |
| 1827 Powers Ferry Road, SE | Laura A. Denton |
| Building 8, Suite 200 | Ga. Bar No. 158667 |

- 2 -

Atlanta, GA 30339
Telephone: (770) 644-2378
Fax: (770) 644-2379

**LEGARE, ATTWOOD & WOLFE, LLC**

*s/ Cheryl B. Legare*
Ga. Bar No. 038553
cblegare@law-llc.com
Suite 380
125 Clairemont Avenue
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

**COUNSEL FOR PLAINTIFF**

denton@elarbeethompson.com
K. Tate Gray
Ga. Bar No. 919123
gray@elarbeethompson.com
229 Peachtree Street, N.E.
800 International Tower
Atlanta, GA 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718

**COUNSEL FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. DWAYNE HOBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:20-CV-04009-AT-RDC |
| CITY OF FOREST PARK, GA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing, constituting service, to the following attorney of record:

    Lance J. LoRusso
    Cheryl B. Legare

    */s/ Laura A. Denton*
    Laura A. Denton
    Georgia Bar No. 158667

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
denton@elarbeethompson.com

*Attorney for Defendant*